# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE PASTEWKA,** | : | **CIVIL ACTION NO. 1:09-CV-0820** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **TRANS UNION LLC,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of June, 2009, upon consideration of *pro se* plaintiff's objection (Doc. 5) to defendant's notice (Doc. 1) of removal, and it appearing that plaintiff's complaint explicitly states claims arising under the Fair Credit Reporting Act,[1] (see, e.g., Doc. 1, Ex. A at 6 (alleging that "defendant has not followed the Statute regarding the Fair Credit Reporting Act, 15 U.S.C. [§] 1681"), and that a civil lawsuit is removable to federal court pursuant to 28 U.S.C. § 1441(b) if it is one "of which the district courts have original jurisdiction founded on a claim or right

---

[1] The Fair Credit Reporting Act requires that "consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title." 28 U.S.C. § 1681(b).

arising under the Constitution, treaties or laws of the United States," it is hereby ORDERED that plaintiff's objection (Doc. 5) to defendant's notice of removal is DENIED.

                                                  <u>S/ Christopher C. Conner</u>
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge